UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST<br><br>        Plaintiff<br><br>v.<br><br>SCOTT T. FITZGERALD<br><br>        Defendant<br>UNIFUND CCR PARTNERS<br>LYANNE LEMUNIER-FITZGERALD<br><br>        Parties-In-Interest | 1:19-cv-00443-JAW |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

**Address:  221 Dunn Road, Belgrade, ME 04917**
**Mortgage:  October 12, 2006, Book: 9136, Page:36**

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Count II - Trust, the Defendant, Scott T. Fitzgerald, hereby submit this Consent Judgment of Foreclosure and Sale.

Count II-Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("U.S. Bank') the amount adjudged due and owing ($330,634.80) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.S. § 6322, U.S. Bank shall forthwith

discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $201,257.12 |
| Interest | $106,044.35 |
| Late Charges | $50.00 |
| Escrow Advances | $24,267.80 |
| Unapplied Funds | $-984.47 |
| **Grand Total** | **$330,634.80** |

2. If the Defendant or his/her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($330,634.80) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Belgrade Property shall terminate, U.S. Bank shall conduct a public sale of the Belgrade Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $330,634.80 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $330,634.80.

5. The priority of interests is as follows:

   ● U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust has first priority, in the amount of $330,634.80, pursuant to the subject Note and

Mortgage.

- Unifund CCR Partners c/o Corporation Service Company has the second priority behind the Plaintiff pursuant to a Writ of Execution dated December 22, 2006, in the amount of $1,690.12, and recorded in the Kennebec Registry of Deeds in Book 9211, Page 189.

- Lyanne Lemunier-Fitzgerald has the third priority behind the Plaintiff pursuant to a Short Form Warranty Deed dated September 7, 2012, and recorded in the Kennebec Registry of Deeds in Book 11156, Page 6.

- Scott T. Fitzgerald has the fourth priority behind the Plaintiff.

6. Entry of the Judgment also reforms the property description as found in the subject Mortgage to reflect the correct property description as attached hereto, as Exhibit A.

7. The prejudgment interest rate is 6.45000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Scott T. Fitzgerald<br>185 Harmons Beach Road<br>Standish, ME 04084 | Pro Se |

3

PARTIES-IN-INTEREST	Unifund CCR Partners	Pro Se
c/o Corporation Service Company
45 Memorial Circle
Augusta, ME 04330

Lyanne Lemunier-Fitzgerald
15 Middle St. Apt. 4
Hallowell, ME 04347

a) The docket number of this case is No. 1:19-cv-00443-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 221 Dunn Road, Belgrade, ME 04917, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 221 Dunn Road, Belgrade, ME 04917.  The Mortgage was executed by the Defendant on October 12, 2006.  The book and page number of the Mortgage in the Kennebec Registry of Deeds is Book 9136, Page 36.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 221 Dunn Road, Belgrade, ME 04917.

Dated:  December 23, 2019  /s/ Reneau J. Longoria
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com


Dated: November 25, 2019  /s/ Scott T. Fitzgerald
Scott T. Fitzgerald
185 Harmons Beach Road
Standish, ME 04084



SO ORDERED.


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2020